# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

154754

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THYRONE DESHAWN EVANS,
      Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 154754
COA: 324460
Wayne CC: 13-009779-FC

_____/

      By order of May 10, 2017, the application for leave to appeal the September 27, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Kennedy* (Docket No. 154445). On order of the Court, the case having been decided on June 29, 2018, ___ Mich ___ (2018), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



Clerk

a1022